# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERESA ISABELLA,<br>          Plaintiff, | :<br>: |
| v. | :     CIVIL ACTION NO. 17-2028 |
| DAVID CHAMPAGNE, *et al.*,<br>          Defendants. | :<br>: |

## ORDER

**AND NOW,** this 26th day of February, 2018, upon consideration of Defendants Orphanides & Toner, LLP, Paul J. Toner, Esquire, and Michael McIlhinney, Esquire's "Motion to Dismiss Under 12(b)(6)" (Doc. No. 7), "Defendant First Judicial District of Pennsylvania's Motion to Dismiss Plaintiff's Complaint" (Doc. No. 9), "Governor Wolf and Attorney General Shapiro's Motion to Dismiss Complaint" (Doc. No. 16), Defendants the Philadelphia Community Development Coalition, Inc., Laura Blau, David Champagne, and Charles J. Walsh, III's "Motion to Dismiss Under 12(b)(6)" (Doc. No. 19), Defendant Center City Residents' Association of Philadelphia's "Motion to Dismiss Under Fed. R. Civ. P. 12(b)" (Doc. No. 27), and the responses thereto, it is hereby **ORDERED** that Defendants' Motions to Dismiss (Doc. Nos. 7, 9, 16, 19, 27) are **GRANTED**. It is **further ORDERED** that Plaintiff's case is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**
                                                _____
                                                **CYNTHIA M. RUFE, J.**